```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. __DAVID GALLO-DEANDA__   CASE NO. __3:10-CR-00083-01-JWS__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____JOSEPH BOTTINI_____

DEFENDANT'S ATTORNEY: __KENNETH COVELL, CJA APPOINTED, TELEPHONIC

U.S.P.O.: _____CHRISTINE THORESON_____

INTERPRETER: _____LAURA GARCIA-HEIN   (SPANISH)_____
_X_ Telephonic Appearance                         (Language)

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT/DETENTION HEARING
             HELD DECEMBER 8, 2010:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:35 a.m. court convened.

_X_ Copy of Indictment given to defendant and Spanish Interpreter read to the defendant prior to the hearing: waived reading in court hearing.

_X_ Defendant advised of general rights, charges and penalties; Waived full advisement of rights.

_X_ PLEAS: Not Guilty to counts _1,2 and 3 of the Indictment._

_X_ Defendant detained.

_X_ Order of Detention Pending Trial **FILED**.

_X_ Pretrial motions due **December 23, 2010**; Order for the Progression of a Criminal Case with Trial Date **FILED**.

_X_ Counsel advised of trial date: Final Pretrial Conference set **January 24, 2011 at 8:30 a.m.**  Trial by Jury **January 24, 2011 at 9:00 a.m.**

_X_ OTHER: Court ordered Mr. Bottini to file the Discovery Conference Certificate on or before **December 10, 2010**.  Court and counsel heard re Mr. Covell not representing the defendant. Court ordered Mr. Covell to file a motion to withdraw as soon as possible.

At 9:47 a.m. court adjourned.

DATE: __December 8, 2010__      DEPUTY CLERK'S INITIALS: __CME__

Revised 9-28-0