# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>DAVID GALLO-DeANDA,<br><br>    Defendant. | 3:10-cr-083-JWS-JDR<br><br>**RECOMMENDATION<br>REGARDING<br>MOTION TO WITHDRAW<br>MOTION TO VACATE**<br><br>(Docket No. 144/146) |

    In light of Defendant's Notice to Withdrawal Motion to Vacate and Withdrawal of Motion, Dockets 144 and 146, and no opposition having been filed, it is hereby recommended that Petitioner's Withdrawal of his § 2255 Motion to Vacate be GRANTED. In the interest of justice and to expedite the business of the court this recommendation shall be filed as a final. The matter is referred to the assigned district judge for his determination. No objections to be filed.

    DATED this 18th day of April, 2013, at Anchorage, Alaska.

                /s/ *John D. Roberts*
                JOHN D. ROBERTS
                United States Magistrate Judge