# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    DAVID GALLO-DeANDA

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK　　　　　　　　　　　　CASE NO.  3:10-cr-00083-01 JWS

Natalie Day

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: April 25, 2013

　　　　Upon review the recommendation at docket 147 is found to be correct.  This court adopts the recommendation.  Based thereon the motion at docket 125 is withdrawn.

[310cr83 ord_mtd.wpd]{IA.WPD*Rev.12/96}